IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | |
| Plaintiff, | **8:22CV243** |
| vs. | |
| JUSTIN SHANK, | **ORDER** |
| Defendant. | |

On October 23, 2023, Plaintiff filed a Motion to Compel Initial Disclosures and Responses to Discovery Requests. (Filing No. 19.) Plaintiff seeks an order compelling Defendant to provide Plaintiff with initial disclosures and to respond to Plaintiff's interrogatories and requests for production of documents.  Plaintiff also seeks sanctions for Defendant's failure to properly participate in this case.  Specifically, Plaintiff requests that the Court strike Defendant's answer and enter default against Defendant if he fails to properly respond to Plaintiff's discovery requests after being ordered to do so by the Court.  To date, Defendant has not responded to Plaintiff's Motion to Compel.

Therefore, having considered the matter,

**IT IS ORDERED** as follows:

1. Plaintiff's Motion to Compel Initial Disclosures and Responses to Discovery Requests (Filing No. 19) is granted.
2. Defendant shall provide Plaintiff with initial disclosures and respond to Plaintiff's interrogatories and requests for production of documents no later than December 8, 2023.

3.  Defendant is advised that failure to comply with this Order may result in the imposition of sanctions, such as the entry of default judgment against Defendant.

4.  Plaintiff shall mail a copy of this Order to Defendant by November 10, 2023, and thereafter file a certificate of service indicating the date the Order was mailed and the address to which it was sent.

Dated this 8th day of November, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge